## Commonwealth, ex rel., *v.* Tradesmen's Trust Company.

Argued March 10, 1915. Appeal, No. 16, March T., 1915, by Charles E. Kachline, from order of C. P. Dauphin Co. Commonwealth Docket, No. 219, dismissing exception to auditors' report in case of Com., ex rel., John C. Bell, Attorney General, v. Tradesmen's Trust Co. Before Rice, P. J., Orlady, Head, Henderson, Kephart and Trexler, JJ. Affirmed.

Opinion by Head, J., October 11, 1915:

This appeal was argued with that of William Bryant, in which we have just entered an order affirming the decree entered by the learned court below. For the reasons there stated we reach the same judgment in the present appeal.

Decree affirmed.